

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:SDE

271 Cadman Plaza East
Brooklyn, New York 11201

March 8, 2016

By ECF
The Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Wilfred King v. United States of America, et al.,*
               Civil Action No. CV-14-6488 (Mauskopf, J.)(Orenstein, M.J.)

Dear Judge Mauskopf:

      This Office represents defendants United States of America, Frank Strada, Robert Beaudouin, M.D., and Michael Borecky, M.D. (hereinafter collectively "defendants") in this action alleging medical malpractice and deliberate indifference to serious medical needs stemming from medical care provided to plaintiff while he was an inmate at MDC Brooklyn. The parties have settled this matter. Enclosed, pursuant to the parties' settlement agreement, please find a stipulation and proposed order of dismissal with prejudice for the Court's review and endorsement.

      We thank the Court for its consideration herein.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /S/
      Seth D. Eichenholtz
      Assistant U.S. Attorney
      718-254-7036
      Seth.Eichenholtz@usdoj.gov

cc:    Rehan Nazrali, Esq. (by ECF)
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILFRED KING,

                              Plaintiff,

-against-

THE UNITED STATES OF AMERICA, WARDEN FRANK STRADA, ROBERT BEAUDOUIN M.D., Agency Medical Director, MICHAEL BORECKY M.D. and "JOHN DOES NOS 1-11,"

                              Defendants.

Civil Action No.
CV-14-6488

(Mauskopf, J.)
(Orenstein, M.J.)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties of the above-entitled action, by their respective undersigned attorneys, that Plaintiff's Amended Complaint and all claims therein be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

      Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances

which gave rise to this lawsuit.

Dated: March 7, 2016
      New York, New York

                                REHAN NAZRALI, ESQ.
                                *Attorney for Plaintiff*
                                305 Broadway, 14th Floor
                                New York, NY 10007

By: _____
      Rehan Nazrali

Dated: March __, 2016
      Brooklyn, New York

                                ROBERT L. CAPERS
                                United States Attorney
                                Eastern District of New York
                                *Attorney for Defendants*
                                271 Cadman Plaza East
                                Brooklyn, New York 11201

By:         /s/_____
      Seth D. Eichenholtz
      Assistant United States Attorney
      (718) 254-7036
      Seth.Eichenholtz@usdoj.gov

SO ORDERED this

_____ day of _____, 2016

_____
HONORABLE ROSLYNN R. MAUSKOPF
United States District Judge